# EXHIBIT "A"

State Court of Fulton County
\*\*E-FILED\*\*
16EV005353
11/22/2016 10:43:06 AM
LeNora Ponzo, Clerk
Civil Division

GEORGIA, FULTON COUNTY

DO NOT WRITE IN THIS SPACE

STATE COURT OF FULTON COUNTY
Civil Division

CIVIL ACTION FILE NO. 16EV005353

Russell Dewitt
3321 Wadley Road
Waycross, Georgia 31503-6965

Plaintiff's Name, Address, City, State, Zip Code

v

American Alternative Insurance Corp. c/o Registered Agent Solutions Inc.
900 Old Roswell Lakes Parkway, Suite 310
Roswell   Georgia   30076

Defendant's Name, Address, City, State, Zip Code

| TYPE OF SUIT | AMOUNT OF SUIT |
|---|---|
| [ ] ACCOUNT | PRINCIPAL $ |
| [ ] CONTRACT | |
| [ ] NOTE | INTEREST $ |
| [X] TORT | |
| [ ] PERSONAL INJURY | ATTY. FEES $ |
| [ ] FOREIGN JUDGMENT | |
| [ ] TROVER | COURT COST $ |
| [ ] SPECIAL LIEN | |
| \*\*\*\*\*\*\*\*\*\*\*\* | |
| [X] NEW FILING | |
| [ ] RE-FILING: PREVIOUS CASE NO. | |

## SUMMONS

TO THE ABOVE NAMED-DEFENDANT:

You are hereby required to file with the Clerk of said court and to serve a copy on the Plaintiff's Attorney, or on Plaintiff if no Attorney, to-wit:

Name: James E. Kurhajian
Address: 401 Mall Blvd. Suite 103E
City, State, Zip Code: Savannah, Georgia 31406        Phone No.: (912) 239-4395

An answer to the complaint which is herewith served on you, within thirty (30) days after service on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint, plus cost of this action. **DEFENSE MAY BE MADE & JURY TRIAL DEMANDED**, via electronic filing through eFileGA via www.eFileGA.com or, if desired, at the e-filing public access terminal in the Clerk's Office at 185 Central Ave., S.W., Room TG100, Atlanta, GA 30303.

This _____                Cicely Barber, Chief Clerk (electronic signature)

If the sum claimed in the suit, or value of the property sued for, is $300.00 or more Principal, the defendant must admit or deny the paragraphs of plaintiff's petition by making written Answer. Such paragraphs not denied will be taken as true. If the plaintiff's petition is sworn to, or if suit is based on an unconditional contract in writing, then the defendant's answer must be sworn to.

If the principal sum claimed in the suit, or value of the property sued for, is less than $300.00, and is on a note, unconditional contract, account sworn to, or the petition sworn to, defense must be made by filing a sworn answer setting up the facts relied on as a defense.

**SERVICE INFORMATION:**
Served, this ___7___ day of DECEMBER, 20 16

_____
DEPUTY MARSHAL, STATE COURT OF FULTON COUNTY

WRITE VERDICT HERE:
We, the jury, find for _____

This _____ day of _____, 20 _____.   _____ Foreperson

(STAPLE TO FRONT OF COMPLAINT)

State Court of Fulton County
\*\*E-FILED\*\*
16EV005353
11/18/2016 1:22:46 PM
LeNora Ponzo, Clerk
Civil Division

IN THE STATE COURT OF FULTON COUNTY
STATE OF GEORGIA

RUSSELL K. DEWITT,
    Plaintiff,

                        Civil Action No _____

v.

AMERICAN ALTERNATIVE INSURANCE
CORPORATION                       JURY TRIAL DEMANDED

    Defendant.

## COMPLAINT FOR DAMAGES

**COMES NOW**, Plaintiff in the above styled action, by and through his undersigned attorneys of record, and files this Complaint for Damages, respectfully showing this Honorable Court the following:

1.

The Defendant, AMERICAN ALTERNATIVE INSURANCE COMPANY (hereinafter "American Alternative") is a foreign insurance corporation that maintains a registered agent in Fulton County, Georgia, but who at all times relevant to this Complaint for Damages provided insurance to Donald Durr, Jr. d/b/a Triple D Trucking, subjecting it to the venue and jurisdiction of this Court.

2.

On or about November 25, 2014, around the intersection of Georgia 520 South Georgia Parkway West and Georgia 38 Conn Victory Drive, in Ware County, Georgia, American Alternative's insured's employee negligently operated a motor vehicle, proximately and foreseeably causing a collision with a vehicle being lawfully occupied by the Plaintiff.

3.

The insured was negligent, as pled in ¶2, by failing to keep a proper lookout, failing to yield the right of way, failing to obey a traffic control device, following too close, driving unsafe or improperly equipped vehicle, and by failing to obey the Uniform Rules of the Road for the State of Georgia.

1

4.

The insured was negligent in entrusting the aforementioned motor vehicle and hiring and retaining an unsafe employee, and by failing to perform regular maintenance inspections as required under State and Federal law.

5.

As a proximate and foreseeable result of the Defendant's negligence, the Plaintiff suffered serious personal injuries, incurring medical expenses in excess of $40,554.45 and lost wages in excess of $1.00.

6.

In addition to ¶5, the Plaintiff has endured and will continue to endure pain and suffering.

7.

American Alternative is liable in this action under its insurance contract and the law of Georgia for the negligence of its insured.

8.

Defendant American Alternative in being the insurance provider for Triple D Trucking, a common motor carrier, is directly actionable by the Plaintiff for the damages he sustained in the above referenced accident.

9.

Plaintiff is entitled to recover from the Defendant for his past and future medical expenses, past and future pain and suffering, loss of enjoyment of life, and all other Damages as permitted by law.

WHEREFORE, Plaintiff prays that he have a judgment against the Defendant in an amount determined by a fair and impartial jury to be adequate and just.

***SIGNATURE FOLLOWS***

This 18th day of November, 2016.

                                      /s/ James E. Kurhajian
                                      James E. Kurhajian
                                      GA Bar No. 917396
                                      David Dozier
                                      GA Bar No. 228898
                                      Attorneys for Plaintiff

THE DOZIER LAW FIRM, LLC
401 Mall Boulevard – Suite 103E
Savannah, Georgia 31406-4862
P. (912) 239-4395
F. (912) 239-4401

            PLEASE SERVE THE DEFENDANT'S REGISTERD AGENT
                        AT THE FOLLOWING ADDRESS:
                          Registered Agent Solutions, Inc.
                    900 Old Roswell Lakes Pkwy. Ste 310
                              Roswell GA 30076