# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **RUSSELL K. DEWITT,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION NO.:** |
| v. : | **1:17-cv-00079-WSD** |
| : | |
| **AMERICAN ALTERNATIVE INSURANCE** : | |
| **CORPORATION,** : | |
| **Defendant.** : | |
| : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant, by and through their undersigned counsel, hereby stipulate to the dismissal **with prejudice** of the above-captioned action, including all claims asserted therein.  Each party shall bear their own costs and attorneys' fees.

Respectfully submitted this 18th day of April, 2018.

[SIGNATURES ON FOLLOWING PAGE]

| | |
|---|---|
| THE DOZIER LAW FIRM, LLC | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
| | |
| */s// David Dozier by JSW* | */s// Joshua S. Wood* |
| David Dozier, Esq. (Signed by Joshua S. Wood with express permission) | Joshua S. Wood, Esq. |
| Georgia Bar No. 228898 | Georgia Bar No. 881696 |
| 401 Mall Boulevard, Suite 103E | 3344 Peachtree Road, NE, Suite 2400 |
| Savannah, Georgia 31406-4862 | Atlanta, GA 30326 |
| Telephone: (912) 239-4395 | Telephone: 404-876-2700 |
| david@dozierlaw.com | Facsimile: 404-875-9433 |
| *Attorneys for Plaintiff* | jwood@wwhgd.com |

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served all counsel of record in the above captioned action with a true and correct copy of the foregoing by delivering a copy of same via ECF filing upon the following:

David Dozier, Esq.
THE DOZIER LAW FIRM, LLC
401 Mall Boulevard, Suite 103E
Savannah, Georgia  31406-4862
david@dozierlaw.com

*Attorneys for Plaintiff*

This 18th day of April, 2018.

                                                WEINBERG, WHEELER, HUDGINS,
                                                 GUNN & DIAL, LLC

                                                 */s//  Joshua S. Wood*
                                                 Joshua S. Wood, Esq.

3344 Peachtree Road, NE, Suite 2400     Georgia Bar No. 881696
Atlanta, GA 30326
Telephone: 404-876-2700
Facsimile: 404-875-9433
jwood@wwhgd.com